

# NUMBER 13-13-00455-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ALEX GORSKY,                                                                      Appellant,

v.

SHEENA ELMORE, INDIVIDUALLY AND
AS NEXT FRIEND OF A.E., A MINOR,                                      Appellee.

### On appeal from the County Court at Law No. 1
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Perkes
### Memorandum Opinion Per Curiam

Appellant, Alex Gorsky, filed an interlocutory appeal from an order entered by the County Court at Law No. 1 of Nueces County, Texas, in cause number 2012-CCV-61916-1. Appellant has filed a motion to dismiss the appeal on grounds that the appeal is now moot. Appellant requests this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of September, 2013.